**L & C CONSULTANTS,**
Plaintiff–Appellee

v.

**ASH PETROLEUM; James W. Peak;**
**Gene H. Irwin, Defendants–**
**Appellants.**

No. 09–11096.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2010.

Donald E. Hill, Rowlett Hil, L.L.P., Dallas, TX, for Plaintiff–Appellee.

Shane Allister McClelland, Simon Herbert & McClelland, L.L.P., Houston, TX, Douglas K. Magary, Dallas, TX, Paul V. Simon, Simon Herbert & McClelland, L.L.P., Houston, TX, for Defendants–Appellants.

Before WIENER, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.